**EXHIBIT 8**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES MATIELLA                              :
                                              :
    Plaintiff                            :
                                              :
v.                                            :      CIVIL ACTION NO. 21-cv-2112-TSC
                                              :
MURDOCK STREET, LLC                           :
                                              :
    Defendant                            :

## JOINT DESIGNATION OF EXPERT WITNESSES

COME NOW, Defendant Murdock Street, LLC, and Third-party Defendants IFG Group, LLC and EWORA, LLC by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and this Honorable Court's scheduling order, hereby designate the following persons as expert witnesses:

1.    Brian Bramel, Ph.D.
    316 Fairhaven Road
    Tracys Landing, MD 20779

**(i)    a complete statement of all opinions the witness will express and the basis and reasons for them;**

Dr. Bramel is a professional engineer with many years of experience, training and education in the fields of civil engineering, structural engineering and forensic engineering. Dr. Bramel has reviewed the pleadings, discovery material and deposition transcripts and he will continue to be provided with such material during the pendency of this litigation. Dr. Bramel has authored a report describing his investigation into this matter and identifying the material he reviewed in regards to same and provides his opinions in this matter and bases for same, a copy of which is appended hereto as Exhibit 1, which includes as exhibits to same his curriculum vitae, list of cases and list of publications which are adopted and incorporated into this

1

Designation. It is anticipated that Dr. Bramel testify in conformance with his report and that all opinions will be rendered to a reasonable degree of probability/certainty. Dr. Bramel may also be asked to rebut the testimony of Plaintiff's experts. Dr. Bramel's deposition can be scheduled through counsel.

> **(ii)    the facts or data considered by the witness in forming them;**

Please see above and Dr. Bramel's report and attachments thereto.

> **(iii)    any exhibits that will be used to summarize or support them;**

Please see above and Dr. Bramel's report and attachments thereto.

> **(iv)    the witness's qualifications, including a list of all publications authored in the previous 10 years;**

Please see above and Bramel's report and attachments thereto. Dr. Bramel advises that he has not authored a publication in the previous 10 years.

> **(v)    a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and**

Please see above and Dr. Bramel's report and attachments thereto.

> **(vi)    a statement of the compensation to be paid for the study and testimony in the case.**

Please see above and Dr. Bramel's report and attachments thereto.

2.    Defendant and Third-party Defendants reserve the right to call any and all persons designated as expert witnesses by any party to this action to which they do not object.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/s/ James S. Liskow
James S. Liskow
17251 Melford Boulevard
Suite 200
Bowie, Maryland  20715
Tel:    (301) 352-4950
Fax:    (301) 352-8691
jliskow@decarodoran.com

HARMAN CLAYTOR CORRIGAN &
WELLMAN, P.C.

/s/W. Benjamin Woody
W. Benjamin Woody
Monica A. Carranza
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
Tel:    804-747-5200
Fax:    804-747-6085
bwoody@hccw.com
mcarranza@hccw.com

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>6th</u> day of <u>     December     </u>, 2022, a copy of the

foregoing Designation of Expert Witnesses was mailed, first-class, postage prepaid, to:


Kenneth E. Chase
Chase Law & Associates, P.A.
1141 71st Street
Miami Beach, FL 33141
Email: kchase@chaselaw.com
*Attorneys for Plaintiff Charles Matiella*



                                        /s/ W. Benjamin Woody
                                        W. Benjamin Woody



**Bramel Engineering**

316 Fairhaven Rd.
Tracys Landing, MD 20779
p | 443.852.3413
www.bramelengineering.com

11/25/2022

James S. Liskow, Esquire

DeCaro Doran Siciliano Gallagher & Deblasis

17251 Melford Boulevard

Suite 200

Bowie, Maryland  20715

P: (301) 352-4950

Reference

| | |
|---|---|
| Project: | Matiella v. Murdock Street LLC, et al. |
| Location: | 770 Princeton Place, NW Washington, DC |

Mr. Liskow,

   Per your request, I have investigated the adjacent property matter allegedly resulting from the new building construction of the Exchange Condominium at 619 Georgia Avenue, NW in Washington, DC.  Adjacent to the new Exchange Condominium was the building located at 770 Princeton Place in Washington, DC.  The construction of the Exchange started by demolishing the previous single story around the fall of 2017 and the Certificate of Occupancy was granted 10/21/2021.  It is alleged that the construction of the Exchange Condominium at 619 Georgia Avenue, NW caused structural damages to the building at 770 Princeton Ave. These alleged structural damages are outlined in the Condition Assessment report from A & A Consultants by Al Ahmed, PE, Ph.D. dated 6/7/2021.  The purpose of this report is to determine, to the extents possible, the validity of the alleged structural damages to the 770 Princeton Ave building.

Matiella v Murdock

## Background

Per Redfin[1], the building located at 770 Princeton Place in Washington, DC is a multifamily flat consisting of approximately 1,856 square feet and originally constructed in 1939. The records indicate it was renovated in 2001 and consists of three apartments: a 1 bedroom basement unit, a first floor apartment, and a 2nd floor apartment. It appears to be a load-bearing masonry structure on a conventional spread footing. The aerial photo of the property along with the street view is shown before and after the construction of the adjacent Exchange Condominium in Figure 1, below.



*Street View*

*Aerial View*

 *Figure 1a. Views of 770 Princeton Place Before the Exchange Condo Construction*

---

[1] https://www.redfin.com/DC/Washington/770-Princeton-Pl-NW-20010/unit-A/home/10184493

Matiella v Murdock



*Street View*

*Aerial View*

*Figure 1b. Views of 770 Princeton Place After the Exchange Condo Construction*

## Investigation

The following items were reviewed with respect to this matter:

1.) Complaint, Matiella v Murdock

2.) A & A Consultants 6/7/2021 condition Assesment of 770 Princeton Place Unit B Washington, DC by Al Ahmed, PE, Ph.D.

3.) PLAINTIFF CHARLES MATIELLA'S ANSWERS TO DEFENDANT MURDOCK STREET LLC'S INTERROGATORIES TO PLAINTIFF CHARLES MATIELLA

4.) "PLAINTIFF CHARLES MATIELLA'S

5.) ANSWERS TO DEFENDANT MURDOCK STREET LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF CHARLES MATIELLA"

6.) PLAINTIFF CHARLES MATIELLA'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM PLAINTIFF

7.) "PLAINTIFF CHARLES MATIELLA'S

Matiella v Murdock

8.) FIRST SET OF REQUESTS FOR ADMISSION TO THIRD-PARTY DEFENDANT IFG GROUP, LLC"

9.) "PLAINTIFF CHARLES MATIELLA'S

10.)     FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO THIRD-PARTY DEFENDANT IFG GROUP, LLC"

11.)     Deposition of John Keskin dated 4/22/2022

12.)     Photos and Videos of 770 Princeton provided by Mr. Matiella, various dates (1202 items)

13.)     Discovery from DCRA (518 items)

14.)     Discovery from Main Street Bank (MSB 000001 to MSB002360)

15.)     DCRA Building Code 2017

## Discussion

The Exchange Condominium that was constructed adjacent to the structure at 770 Princeton Place in Washington, DC  consists of six floors and a basement.  Per the Architectural plans, Sheet A2.01[2] shown in Figure 2 below, the finish floor elevation of the basement units adjacent to the 770 Princeton Place property was – 10'-8"; the cellar was at – 12'-8" adjacent to Georgia Avenue.

---

[2] Bates MSB000834

Matiella v Murdock



*Figure 2. Architectural Elevation from Sheet A2.01*

In order to get to these elevations, underpinning was required to lower the structural bearing of the adjacent 770 Princeton Pl property.  Based on the photos supplied by Mr. Matiella, the underpinning appears to be in place by 2/6/2018.  The photos indicate the underpinning was completed in using staged pits following industry standard methods with the rebar visible in the forms prior to concrete placement.  Following the underpinning, excavation continued within the site with the sheeting and shoring being installed adjacent to the front yard of 770 Princeton by 3/19/2018.  Figure 3, below, is a photo of the front sheeting

Matiella v Murdock

and shoring along with the underpinned adjacent property supplied by Mr. Matelia with a time stamp of 3/19/2018.



*Figure 3. Installed sheeting and Shoring and Underpinning on 3/19/2018*

The elevation of the excavation was then subsequently lowered by removing material and adding sheeting as the excavation progressed. The basement plan calls for footings and tie beams in the northeast corner adjacent to the front yard of the 770 Princeton Place property. The plans call for the footings in this area to be 22" deep with their top at this area to be at –12'-0". The structural foundation plan from Sheet S1.01[3] is shown in Figure 4, below. The photos from Mr. Matiella show that the excavation had progressed down to this elevation in this corner on 5/14/2018, as depicted in Figure 5.

---

[3] Bates MSB000870

Matiella v Murdock



*Figure 4. Structural Foundation plan with Footing Schedule*

Matiella v Murdock



*Figure 5. Over Excavation for the Footing Adjacent to the Front Yard of 770 Princeton Pl*

Per the Washington Post, 2018 was the wettest year on record for Washington DC[4]. Some of our significant rain events occurred the week of 5/14/2018. Per Weatherunderground.com[5] the site received a total of 6.39 inches in the week from 5/14/2018 to 5/20/2018. The daily totals are shown in Table 1, below. Per the NOAA Atlas 14 Precipitation Frequency Estimates, this was approximately a 10 year recurrence rain event, unlikely to occur within the less than 6 weeks the excavation was to be open.

Table 1, Rainfall in Washington DC region in May, 2018

| Date | Rainfall, in |
|--------|--------------|
| 14-May | 0.2 |
| 15-May | 1.49 |
| 16-May | 0.43 |
| 17-May | 0.84 |
| 18-May | 1.13 |
| 19-May | 1.5 |
| 20-May | 0.8 |

---

4    https://www.washingtonpost.com/weather/2018/12/15/drenched-city-is-now-washingtons-wettest-year-ever-recorded/

5 https://www.wunderground.com/history/monthly/us/va/arlington/KDCA/date/2018-5

Matiella v Murdock

These rainfalls, which are beyond the rational construction design, caused the front yard and front stairs to erode into the adjacent excavations.  Based on the provided photos, the erosion was limited to the front yard with no significant erosion noted along the underpinning or at the rear yard.  On 5/22/2018 the contractor, appears to have mucked out the excavation and extended the underpinning as shown in Figure 6, below.



*Figure 6. Additional Underpinning Inserted under 770 Princeton Pl*

The footing reinforcement was installed and the footings in this North East corner adjacent to the front yard of 770 Princeton Pl was cast on 6/8/2018.  This concrete footing photographed on 6/9/2018 is shown in Figure 7, below.

Matiella v Murdock



*Figure 7. Additional Underpinning Inserted under 770 Princeton Pl*

There was erosion to the front yard and loss of soil-bearing for the front side of the stairs.  Once the foundation wall for the Exchange Condominium was in -place, the contractor came in and excavated down to sound material and replaced the front yard material.  Figure 8 shows the eroded condition after the exceptional rains, the shored excavation, and the finished compacted surface on 6/20/2020.

Matiella v Murdock



*Figure 8. Eroded Front Yard/ Excavated for Backfill/ Compacted Backfill*

The front stairs were also removed and replaced by the contractor.  Figure 9, below, shows the front stairs before replacement, during replacement and after replacement.  The reconstructed stairs were enlarged and new railing was installed.

Matiella v Murdock



*Figure 9. Original Front Stair/ Stair During Repair/ Replaced Stair and Railing*

The construction at the Exchange Condominium is now completed, and based on our review of the documents, appears to be structurally adequate. The movement of the building appears to be within a ¼" tolerance, which is typically expected during the underpinning. The cracks noted in the façade are a serviceability issue, and not a structural concern. The current cracks in the façade require the bricks to be reinstalled and tuckpointed to return their full serviceable condition.

In response to a request by the Gregory Heelan of the DCRA, Dr. Al Ahmed, PE. Ph.D. of A and A Consultants on 6/7/2021 reviewed some of the photos and videos; he issued a report of findings for 770 Princeton Place NW, Washington DC. With the stated basis above, Bramel Engineering's review and comments of his findings are listed and discussed below by line item.

1. A & A Consultants Claim: An excavation was made immediately adjacent to the existing townhouse. As the excavation progressed a soldier pile and lagging retaining wall was installed. The soldier piles were H-piles of undetermined length

Matiella v Murdock

and the lagging consisted of wood planks. The soldier piles were installed in pre-drilled holes with concrete placed in the annular space around the H-piles.

    a.  Bramel Engineering Response

        i.  Typical drilled piles and lagging was used, as is standard practice.

2. A & A Consultants Claim: A portion of the masonry (brick) foundation wall appears to have fallen out from beneath the townhouse as the excavation progressed.

    a.  Bramel Engineering Response

        i.  The photographic evidence does not show any foundation walls that have fallen out.  The underpinning appears to be in place and does not show any indications of relative movement.

3. A & A Consultants Claim: Settlement of the floor was indicated by light beneath an entry door at the threshold.

    a.  Bramel Engineering Response

        i.  The photos provided prior to the adjacent construction show there was a gap and light under the entry door; reference photo from 6/16/2017 in Figure 10.



*Figure 10. Gap Below Door Existing Prior to Adjacent Construction*

4. A & A Consultants Claim: Underpinning of the foundation wall was performed. A photo shows that the existing building is supported on a continuous wall footing bearing on soil. Subsequent photos show that the excavation extended below the

underpinning. Also, subsequent photos show that the excavation extended below the bottoms of soldier piles used for a soldier pile and lagging retaining wall

    a. Bramel Engineering Response

        i. There is no evidence that the installed underpinning experienced any differential movement indicating settlement of the building.  The excavation of footings did extend below the sheeting.  The subsequent extraordinary rain events caused the front yard to subside, which was repaired by the contractor.

5. A & A Consultants Claim: The depth of the excavation is estimated to be 25-feet based on the heights of the personnel shown in the photos. Water was seen in the excavation, but the source is unknown.

    a. Bramel Engineering Response

        i. Based on the structural drawings, the elevation of the excavation was – 14'-0" +/-.  The noted water is from the extraordinary rain events of 5/14/2018 through 5/20/2018 that caused the front yard to subside; the front yard was repaired by the contractor.

6. A & A Consultants Claim: The soldier pile and lagging retaining wall had no walers, rakers or cross-bracing. The depth of the soldier piles to provide adequate lateral passive earth resistance could not be determined from the photographs. However, the photos did not indicate backfill in the space behind lagging between the walls of the excavation. The backfill closes the void and prevents the lateral movement of the soil into the void space. The lateral movement of the subsoil results in settlement of the structure. Also noted, the soil settled from beneath the sidewalk and the brick planter wall separated from the walk at the entryway.

    a. Bramel Engineering Response

        i. There are no indications of lateral movement of the sheeting and shoring.  The noted lack of material behind the sheeting is from the extraordinary rain events of 5/14/2018 through 5/20/2018 that caused the front yard to subside, which was repaired by the contractor.

Matiella v Murdock

7. A & A Consultants Claim: Another photo shows soil flowing out from beneath the lagging. Other photos show cracks in the masonry bearing walls and settling of a support for the deck. Also, there are cracks around doorways and at lintels.

   a. Bramel Engineering Response

      i. The noted material coming below the sheeting is from the extraordinary rain events of 5/14/2018 through 5/20/2018 that caused the front yard to subside, which was repaired by the contractor. The noted masonry façade cracks are not functional issues and not structural issues. The building appears to have stabilized and the façade cracks should have the bricks removed for monitoring reinstalled and tuckpointed.

8. A & A Consultants Claim: Photos show interior walls and ceiling with cracks and plastic sheeting above the interior stairs. The plastic sheeting may be indicative of water dripping from the ceiling.

   a. Bramel Engineering Response

      i. To the degree that there may be a water leak at the staircase, the cause has not been identified and is speculative at best. Based on the history of Aerial Photos from Google Earth, it appears that the roof of the building was replaced in the 2001 renovation. That would place the roof at approximately 21 years old at the time of the A & A report; age coupled with unknown maintenance are consistent with potential leaks.

9. A & A Consultants Claim: Water dripping from the ceiling may be due to roof leakage. Any roof leakage occurring may be caused by a tear in the membrane roofing material due to settlement and/or outward movement of the building wall.

   a. Bramel Engineering Response

      i. To the degree that there may be any roof leaks the cause has not been identified and is speculative at best. Based on the history of Aerial Photos from Google Earth it appears that the roof was replaced in the 2001 renovation. That would place the roof at approximately 21 years old at the time of the A & A report with unknown maintenance which could explain potential leaks.

Matiella v Murdock

10. A & A Consultants Claim: Some brick restoration work was performed. However, the photos indicated that the front wall of the residence was braced during the restoration. The reason for the bracing is unknown. Additionally, a new entry walk and stairs were provided.

   a. Bramel Engineering Response

      i. There was erosion to the front yard and loss of bearing for the front stairs during the extraordinary rain events of 5/14/2018 through 5/20/2018, which was repaired by the contractor. This repair work included excavating to sound material, installing compacted fill, new stairs, new railing, and new sidewalk. The finished yard is shown below in Figure 11 from Google Earth™ dated 8/2022.



*Figure 11. Street View from Google Earth dated 8/2022*

11. A & A Consultants Claim: In the opinion of the undersigned, settlement of the building may continue until the soil migrates to fill-in the voids created by the excavation and void space behind the lagging. Continued settlement will result in further structural damage to the building and compromise its structural integrity. Movement of the bearing walls may result in the joists slipping out of their pockets and the floors or roof collapsing. Also, further settlement may adversely affect underground utilities servicing the building.

   a. Bramel Engineering Response

      i. The speculative conclusions by A & A appear to not consider the entire document production to date, because they are unaware of

Matiella v Murdock

the sequence of the extraordinary rain events that caused erosion of the front yard, and they do not identify that the erosion was limited to the front yard only and not the underpinning.  The conclusion also does not appear to consider the noted serviceability cracks in the masonry façade are stable and do not pose structural concerns.  With a thorough review of the document production to date, the conclusions of A & A are unfounded.

## Conclusions

Based on the investigation to date, we are able to state the following conclusions within an engineering certainty:

1. The erosion of the front yard at 770 Princeton Place NW in Washington, DC was due to the extraordinary rain events of 5/14/2018 through 5/20/2018.
2. The week of 5/14/2018 through 5/20/2018, Washington DC experienced 6.39 inches of rainfall.
3. The front yard and stair was repaired by the contractor after the Exchange Condominium was in place.  This work included excavation to sound material and properly compacted fill.
4. The conclusions of Dr. Al Ahmed, PE. Ph.D. of A & A Consultants in his 6/7/2021 condition report appears to be based on a select portion of the discovery and not all the available information; the findings of A & A consultants appear to be speculative and not based in facts when all of discovery is considered.
5. The 770 Princeton Place NW Washington, DC property appears to be structurally adequate and is only in need of some minor masonry façade work to return it to serviceable conditions.

Discovery is still ongoing and as additional information becomes available, I reserve the right to augment and amend these opinions.

If there are any questions and or concerns regarding this issue, please do not hesitate to contact me.

Matiella v Murdock

Respectfully,

Authored by:



Brian K Bramel, P.E., S.E., Ph.D.

Structural/Civil/Mechanical Engineer

I hereby certify that this report is a complete and accurate statement of all my opinions, and the basis and reasons for them, to which I will testify under oath.

# BRIAN K. BRAMEL, P.E., S.E., Ph.D.

316 Fairhaven Rd.
Tracys Landing, MD 20779
443-852-3413 (cell)
bbramel@brameleng.com

## Experience

### Bramel Engineering, June 2004 - Current – Principal

Practicing Forensic Structural/Civil/Mechanical Engineer. Offers complete forensic analysis inspections, calculations and expert witness testimony for Structural/Civil/Mechanical issues as well as construction accident litigations. Due to the breadth of training and experiences, I provide broad perspective solutions to complicated matters for both Plaintiff and Defense clients on a wide variety of projects ranging from residential inspections to multiple death construction accidents. Strengths include but are not limited to: OSHA Analysis, Structural Analysis, Cost Estimating, Building Code Issues, Engineering Design, Construction Project Management, and Accident Reconstruction. Extensively deposed and served as Trial Expert Witness in multiple cases.

### University of the District of Columbia, Aug 2015 to Current
### Adjunct Professor

Adjunct Professor for Department of Architecture teaching Structural theory to Architectural Students. Courses include Statics and Strength of Materials, Theory of Structures, and Structural Steel Design.

### TB Engineered Designs, November 2015 to 2020 - Principal

Practicing Engineer. Offers total design and fabrication drawings for light-gauge, structural steel, masonry and steel-concrete composite construction clients. Work includes but is not limited to conceptual design of structures, total building design and analysis, component design and analysis, and construction-site problem solving.  Ongoing work includes but is not limited to operating as EOR, design work for sheeting/shoring, design work for foundations and base building structures.

### FORCON Maryland Ltd, February 2013 to 2018 –Forensic
### Structural/Civil/Mechanical Engineer

Practicing Forensic Structural/Civil/Mechanical Engineer. Conducted forensic analysis inspections, calculations and served as expert witness for construction/structural/ and construction accident litigations. Provided expert testimony for both Plaintiff and Defense clients on a wide variety of projects ranging from trip and falls to first responder insurance inspections.

### CED Investigative Technologies, Aug 2009 to January 2012 –
### Structural/Civil/Mechanical Engineer

Practicing Structural/Civil/Mechanical Engineer. Conducted forensic analysis inspections, calculations and served as expert witness for construction/structural/ and construction accident litigations. Provided expert testimony for both Plaintiff and Defense clients on a wide variety of projects ranging from residential inspections to multiple death construction accidents. Strengths include structural OSHA analysis, Structural Analysis, Cost Estimating, Building Code issues, Engineering design,

Construction Project Management, and Accident Reconstruction. Extensively deposed and served as trial expert witness.

### Engineered Framing Systems, January 2003 – June 2004 – Project Structural Engineer

Practicing Structural Engineer working in the fast-paced Design-Build environment. Work is centered on light-gauge construction of multifamily multistory buildings. Work includes solving field issues, design of new structures, light gauge and structural steel design, and concrete transfer slab design. Directed the design and the means and methods for panelized light gauge multifamily structures in Maryland, New Jersey, and Massachusetts.

### Theobald Bufano and Associates, April 2001 to January 2003 – Structural Engineer/Project Manager

Practicing Structural Engineer in Washington DC working for a mid-size firm responsible for the structural construction phases of two significant cast-in-place 12-story concrete buildings, the inspection of concrete balcony repairs for major apartment complexes, the design phases of multiple smaller building rehabs, and the initial investigation of multiple feasibility studies. The construction phase work centers around fielding construction question and concerns, shop drawing evaluation and authorization, spot checking the rebar placement and inspection programs, and designing repairs for the contractor mistakes. The investigation of the balcony repairs includes the direct evaluation including sounding, observations, and physical testing of 400+ cantilevered concrete balconies on a twelve-story apartment complex. The most common small project designed are two-way concrete slabs being evaluated and designed for change conditions such as new stairs, larger loads, slab penetrations, and proposed additions. Some of the designs for contractor omission and or mistakes are shear collars, new load bearing walls to replace misplaced columns, retrofit steel beams for omitted concrete beams, anchor alterations, severed bar splices, wrong elevation slabs, etc. The feasibility studies conducted have been for minor jobs, such as change use for fitness facilities, elevator installation in mansions, corroded pan deck investigations, and open web joist corrosion evaluations.

### NAHB Research Center, Inc., August 1999 to April, 2001- Project Manager

Involved with projects related to road mapping, physical testing, design methods, building code submittals, and in-situ housing condition assessments under contracts to HUD, PCA, NAHB, and others. In particular, I was the project manager responsible for a pilot study to statistically evaluate the in-situ condition of housing stock in the United States, the Panelized Construction Portfolio, and Concrete Wall ICBO Evaluations, among others. Besides being active in the development of code submittals, I also worked to ensure that the concerns of residential home builders are being heard on the various structural design standards committees such as ACI 332 and ASCE 7.

### Reiman Corp. Construction, March 1998 to May 1999 - Project Manager/Structural Engineer

Employed as a Project Manager and Structural Engineer for a six-state bridge and commercial General Contractor. Duties included project management and engineer of record for projects, ranging in scope from interstate bridge jacking with live traffic flow to small commercial renovation designs.  Also developed the concrete form designs for 15 superintendents. Active in the construction process design, bidding, project evaluation, and direct management of the project superintendents of awarded

projects. A project of particular reward was the initial construction process design for the Timber Fishing Bridge in Yellowstone Park.

### University of Wyoming, August 1995 to May 1999 - Graduate Research Assistant

Primary investigator on developing material and design guidelines for Asphalt Plug Joints, a class of bridge expansion joints for the States of Colorado and Wyoming. These joints are highly visco-plastic, temperature sensitive pavement segments which span from the stationary pavement to the moving bridge deck. These joints required developing high-level time, temperature, and demand interrelations for the mathematical modeling of their physical behavior that was paramount to their understanding and design. The research yielded a complete understanding of their behavior and limitations that was brought back to a simple and easily understandable design methodology that is being implemented in Wyoming today.

### Caterpillar, Inc., August 1990 to August 1995 - Design Engineer, Construction and Mining Trucks

Responsible for the design, analysis, and implementation of various systems for the Construction and Mining Trucks division of Caterpillar, Inc. This business unit focused on the 35-ton through 100-ton payload capacity rigid frame mining trucks typically used for civil infrastructure construction and small stationary mines. Responsibilities included Suspensions, Steering, Transmissions, Autonomous Mining Truck Program, Structural Analysis, and Regulatory Compliance.  I also worked as a research engineer for the Articulated Mining Truck Program. Specific duties included developing, verifying, and interpreting dynamic simulation analytical models that predicted the ride characteristics for various design options during product development. These models were used to gain knowledge and insight prior to actual test-vehicle construction.

### Kansas State University, January 1989 to August 1990 - Graduate Research Assistant

Conducted research funded by Boeing Military Aircraft on bolt loading of IM6/PEEK composites. IM6/PEEK is a carbon fiber reinforced thermoplastic material used in aircraft skins. This research required building finite element models using the orthotropic material behavior of the composite laminates. These models were analytically loaded through all possible orientations to determine the most critical orientations. Finally, constructed actual coupons were constructed and loaded utilizing a controlled load frame to create a correlation between the controlled experiments and finite element investigation. A reasonable correlation between the analytical and experimental results was developed.

## Education

1999 Doctorate of Philosophy in Civil Engineering,
Structural Engineering Focus
University of Wyoming
1990 Master of Science in Mechanical Engineering
Theoretical and Applied Mechanics Concentration

Kansas State University
1988 Bachelor of Science in Mechanical Engineering
Machine Design Emphasis
Kansas State University
1983 Building Trades Vocational Program
Residential Construction
Decatur Area Vocational Center

## Professional Registrations and Awards

Registered Structural Engineer
  District of Columbia
Registered Professional Engineer
  State of Maryland and multiple other states

1996-1999 Eisenhower Transportation Research Fellowship
Federal Highway Administration
OSHA 10 and OSHA 30

## Representative Publications

Bramel BK (1999), Asphalt Plug Joints: Characterization and Specifications, Ph.D. Dissertation, Department of Civil And Architectural Engineering, University of Wyoming, Laramie, WY.

Bramel BK, Dolan CW, Ksaibati K, and Puckett JA, (1998), Asphalt Plug Joint Usage and Perception in the United States, Transportation Research Board 971067, Washington, DC.

Bramel BK, Dolan CW, Ksaibati K, and Puckett JA, (1998), Asphalt Plug Joints; Material Characterization and Specifications, Fifth International Conference on Short and Medium Span Bridges, Calgary, Canada.

Bramel BK, Dolan CW, Ksaibati, K and Puckett JA, (1999), Asphalt Plug Joints; Refined Material Tests and Design Guidelines, submitted for publication to Transportation Research Board, Washington, DC.

Bramel BK, Kostage, Dolan CW, and Puckett JA, (1997), Experimental Evaluation of Asphalt Plug Joints, Forth World Congress on Joint Sealant and Bearing Systems for Concrete Structures.

Bramel BK, (1995), Analytical Prediction of Ride Characteristics for D250x ADT for Various Suspension Configurations, Unpublished, Caterpillar, Inc., Peoria, IL.

Bramel BK, Swenson DW, (1990), Bolt Loading in IM6/PEEK Composites, Analytical vs. Experimental Predictions, Masters Report, Kansas State University, Manhattan, KS.

BRAMEL - TD List.xlsx

| Date | Deposition/ Trial | Case Title | Court Location | Docket No. | Attorney |
|------|-------------------|------------|----------------|------------|----------|
| 12/1/2006 | Deposition | Riverview Vs. Trade eastern | Wilkes Barr, PA | | Bruce Anders |
| 1/26/2007 | Trial | Riverview Vs. Trade eastern | Wilkes Barr, PA | | Bruce Anders |
| 1/30/2007 | Trial | Riverview Vs. Trade eastern | Wilkes Bar,r PA | | Bruce Anders |
| 11/30/2009 | Deposition | MEPT V Baltimore Masonry, et al. | Washington, DC | | Charles O'Hara |
| 1/13/2010 | Deposition | Sunset Point v 62 street LLG | Cuircuit court of Worchester County | 23C-10-001228 CN | Bud Brown |
| 2/15/2010 | Trial | Gray v MHIC | Anne Arundel County | | |
| 3/29/2010 | Deposition | Verizon v. Scott A Duncan | Anne Arundel, MD | | Warren Stephens |
| 4/15/2010 | Deposition | Dragas v. Porter Blaine | Norfolk, VA | | Ed Spivey |
| 5/20/2010 | Deposition | Eskridge v. United rentals | McLean, VA | | Tracy Hresko |
| 7/29/2010 | Deposition | Dizdarevic v. 5 Star Decorating | Chicago, Il | | Patrick Norris |
| 10/27/2010 | Deposition | Charles Murphy v. Delmarva Homes | Georgetown, DE | | Gerald Norris |
| 11/17/2010 | Deposition | MacKinnon v. Opportunity Equipment | Morristown, NJ | | Edward Depascale |
| 12/16/2010 | Deposition | AW Baylor Plastering | Jacksonville, FL | | Larry Metz |
| 12/20/2010 | Deposition | Dizdarevic v. 5 Star Decorating | Chicago, Il | | Patrick Norris |

| | | | | | |
|---|---|---|---|---|---|
| 1/19/2011 | Deposition | Verizon v. D.C. Water | Washington, DC | | Tami Taylor |
| 1/31/2011 | Deposition | Misleh v Jenteen Construction | Fairfax, VA | | Chuck Gallagher |
| 2/15/2011 | Deposition | RSUI Indemnity v RCG Group | New York, NY | | Stephen Murray |
| 3/14/2011 | Deposition | Regina Jackson Fall | Washington, DC | | |
| 4/4/2011 | Deposition | Halal Chinese Food v Akhtar & comperlife ins | Montgomery County, MD | | Juan Sempertegui |
| 4/20/2011 | Deposition | Thornton v Reliable Contracting | Anne Arundel, MD | | James Liskow |
| 7/9/2011 | Deposition | Ancel v. Harborview Condo Assoc. | Baltimore City, MD | | Alan M. Carlo |
| 8/15/2011 | Deposition | McGuire v Genco Masonry | Washington, DC | | Paul Blumenthal |
| 9/16/2011 | Trial | Ancel v. Harborview Condo Assoc. | Baltimore City, MD | | Alan M. Carlo |
| 10/6/2011 | Deposition | Alabama & Gulf Coast Railroad v US | Federal Court | | Sarah Keast |
| 10/13/2011 | Trial | Thornton v. Reliable Contracting | Anne Arundel County, MD | | James Liskow/Jeff Decaro |
| 12/21/2011 | Deposition | Saab v. Sphinx II | Fairfax, Virginia | | Juli Hallar |
| 3/1/2012 | Deposition | Villages at Woodolme v. NVR, Inc | Baltimore County, MD | 03-C-09- | Scott Nelson |
| 3/2/2012 | Deposition | Mendoza v Premier et al | Springfield, NJ | | Jim McBarron |
| 3/23/2012 | Deposition | Ernest Ramirez v. Vatica Contracting, Inc | Washington DC | | Camille Shora |

BRAMEL - TD List.xlsx

| 10/9/2012 | Deposition | SMC v. Patriot electric | Washington DC | | Chris Constable |
|---|---|---|---|---|---|
| 1/15/2013 | Deposition | South Bay v. Southern Builders | Worchester, M.D. | | Bud Brown |
| 3/7/2013 | Deposition | Gorgone V. Estate Concrete | Montgomery County, MD | | JP McCaffee |
| 10/18/2013 | Deposition | Carol Mazza v High Pointe Construction | Circuit court for Queen Anne's County | 17-C-12-017205 | Evelyn Lombardo |
| 3/1/2014 | Deposition | Verizon v Celtek | Circuit court of the county of Arington, va | CL13-210 | Chris Jones |
| 3/2/2014 | Deposition | Isenhart v Bethman | Circuit court of Anne Arundel | 02-C-13-179395 | Ron Baradell |
| 4/25/2014 | Deposition | Penick v. Belleview Development | Superior Court for the District of Columbia | 2013 CA 005503B | Chris Brown |
| 5/22/2014 | Deposition | 1100 Adams Street v Tarragon | Supperior court of New Jersey | HUD-L-2265-12 | Brian Ade |
| 8/20/2014 | Deposition | Erie Insurance v Taco inc | Circuit Court of Talbot County | 20-C-13-008241 | Bud Brown |
| 11/14/2014 | Deposition | ACI v Alliance Material Handling | Circuit Court of Montgomery County | 377655-V | Bud Brown |
| 11/18/2014 | Deposition | Wasserman v McCurdy | Circuit Court of Prince Georges County | CAL13-17908 | James Liskow |
| 2/9/2015 | Trial | Erie Insurance v Taco inc | Circuit Court of Talbot County | 20-C-13-008241 | Bud Brown |
| 4/12/2015 | Deposition | Verizon v. Capital Paving | Washington DC | | Nat Polito |
| 4/13/2015 | Trial | Penick v. Belleview Development | Supior court for the District of Columbia | | Chris Brown |
| 5/14/2015 | Deposition | Penson v. Huddle House in | Circuit Court of Lee County, Mississippi | CV-12-228 (PF) L | Chris Myatt |

| 6/1/2015 | Trial | MHIC v Micheal Garcia | | DLR-Hic-02-14-22395 | Jennifer Landsmann |
|---|---|---|---|---|---|
| 8/9/2015 | Deposition | Pettit v. Albrecht | Circuit Court of Montgomery County | 396121-V | Tracy Phillips |
| 10/23/2015 | Deposition | Baltimore City Board of School Comissioners v. Warren-Ehret | Circuit Court of Baltimore City | 24-C-14-002142 | Cindy Ridger-Waire |
| 10/26/2015 | Deposition | Snyder v. Kelehan | Circuit Court of Howard County, MD | 13-c-14-100252 OT | Anne Marie McGinley |
| 11/11/2015 | Deposition | Michael Huff v Dreamcraft Homes | Circuit court of Anne Arundel | C-02-CV-15-001299 | Chris Brown |
| 11/20/2015 | Trial | Baltimore City Board of School Comissioners v. Warren-Ehret | Circuit Court of Baltimore City | | Cynthia Rodgers Waire |
| 12/18/2015 | Arbitration | Walker v GNS | | | Mark Cantor |
| 2/5/2016 | Deposition | Ruthowski v Marrick | Circuit court of Calvert County | | Jennifer King |
| 2/18/2016 | Trial | Pettit v. Albrecht | Cicuit Court of Montgomery County | | Dave Rubino |
| 2/25/2016 | Trial | Ruthowski v Marrick | Circuit court of Calvert County | | Jennifer King |
| 5/5/2016 | Deposition | Jacqueline Miller v Wal-mart | Curcuit Court of Baltimore County | 03-C-15-011058 OT | Ronald Landsmann |
| 7/7/2016 | Deposition | Nagle v HITT | Supperior court for the district of columbia | 2015 CA 001858 B | Josh Altman |
| 10/24/2016 | Deposition | Gaskilll v CVS | Circuit court of Anne Arundel | | James liskow |
| 12/27/2016 | Deposition | Noel v Platform Systems | Curcuit Court of Charles County | | Anjelica Harden |
| 1/23/2017 | Depostion | Thomas v BBC Group | Circuit Court of Baltimore City | 24C-15-005549 | Josh Altman |

| 3/21/2017 | Trial | Tzucker v Mitchell & Best | Circuit Court of Howard County, MD | C-15-105615 | James Liskow |
|---|---|---|---|---|---|
| 4/20/2017 | Trial | Thomas v BBC Group | Circuit Court of Baltimore City | | Josh Altman |
| 4/24/2017 | Depostion | Griffin v Mullan Contracting | Circuit Court of Baltimore County | 03-C-16-000248 OT | Jennifer Landsmann |
| 6/23/2017 | Trial | Market Street LLC Camden Construction | District Court of Frederick County | | Chris Rollings |
| 10/30/2017 | Deposition | Hyder v Barr | District court for the District of Columbia | 16-cv-01840-EGS | James Liskow |
| 1/11/2018 | Trial | Steckel v Rodman | Circuit Court for Baltimore County | 03-C-15-013930 | Dave Rubino |
| 1/22/2018 | Depostion | Furgurson v Tarpon Construction | Supior court for the District of Columbia | 16-CA-008274-B | Tom Ryan |
| 1/22/2018 | Depostion | Furgurson v Tarpon Construction | Supior court for the District of Columbia | 16-CA-008274-B | Tom Ryan |
| 4/25/2018 | Depostion | Lui v Steele Construction | Supior court for the District of Columbia | 2015 CA 006313 B | Peter Basile |
| 5/29/2018 | Depostion | Warnsmann v. Premier Electrical Services, LLC | Circuit court of Anne Arundel | C-02-CV-17-001068 | Bud Brown |
| 5/31/2018 | Depostion | Lui v Steele Construction | Supior court for the District of Columbia | 2015 CA 006313 B | Peter Basile |
| 6/13/2018 | Depostion | Steinhardt v Palmer Design | Circuit Court of Prince Georges County | CAL17-06445 | James Liskow |
| 7/31/2018 | Trial | Warnsmann v. Premier Electrical Services, LLC | Circuit court of Anne Arundel | C-02-CV-17-001068 | Bud Brown |
| 8/7/2018 | Trial | Putnam v Wilson Homes | Circuit Court of Carroll County | | Bud Brown |
| 9/11/2018 | Trial | Steinhardt v Palmer Design | Circuit Court of Prince Georges County | CAL17-06445 | James Liskow |

| 10/10/2018 | Deposition | Reyes v Moseley | SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION | | Daniel Barrera |
|---|---|---|---|---|---|
| 1/17/2019 | Deposition | Roggensack v Touchette | SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION | | Chris Glaser |
| 3/11/2019 | Deposition | Westport v. One West, et al. | Circuit Court for Baltimore City | | Robin Leone |
| 3/27/2019 | Deposition | BRP Construction LLC Vs. Miyani, Jignesh | Circuit Court for Montgomery County | | Rob Scanlon |
| 6/24/2019 | Deposition | Pepco v Metro Paving | SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION | | James Liskow |
| 7/19/2019 | Deposition | Full Circle Solutions v. One South Street | Circuit Court for Baltimore City | | Greg Dorsey |
| 8/19/2019 | Deposition | Sentry Electric v Great Bay Solar | Circuit Court of Summerset County | | Louis J. Kozlakowski, Jr. |
| 8/20/2019 | Deposition | Koch v 3628 T st NW LLC | SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION | | Tom Ryan |
| 8/21/2019 | Deposition | Council Owners of Patapsco Overlook v Ritchie Overlook, llc | Circuit Court for Baltimore City | | James Liskow |
| 8/28/2019 | Trial | Sentry Electric v Great Bay Solar | Circuit Court of Summerset County | | Louis J. Kozlakowski, Jr. |
| 10/24/2019 | Trial | Full Circle Solutions v. One South Street | Circuit Court for Baltimore City | | Greg Dorsey |
| 2/3/2020 | Trial | Sade Barnett v The Mayor and city council of Baltimore | Circuit Court for Baltimore City | 24-C-19-002520 | Jennifer Landsmann |
| 3/27/2020 | Deposition | Moran v Titan | Cicuit Court of Montgomery County | 466413 | Jason Garber |
| 9/10/2020 | Arbitration | Total Remodeling Systems | | | Jason Graves |
| 10/26/2020 | Deposition | Lopez v V&V | Cicuit Court of Montgomery County | 472758-V | Sean V. Warner |
| 10/28/2020 | Deposition | Fitzgerald v Apex | Supior court for the District of Columbia | 2019 CA 002183 | Jordan M. McIntyre |
| 11/6/2020 | Deposition | Federal Insurance Co v Russell L Sisson | US Disrict Court for Rhode Island | 1:18-CV-00441 | Samantha Hart |

BRAMEL - TD List.xlsx

| 4/28/2021 | Deposition | Boumhaoud v Adams | Cicuit Court of Montgomery County | 482380-V | PAUL J. HAVENSTEIN |
|---|---|---|---|---|---|
| 6/18/2021 | Deposition | Seale v Cathedral Veiw | Circuit Court for Arllington County | CL-19-1554 | Jennifer Routh |
| 7/5/2021 | Trial | Seale v Cathedral Veiw | Circuit Court for Arllington County | CL-19-1554 | Jennifer Routh |
| 7/9/2021 | Deposition | Tice v Burke | Cicuit Court of Montgomery County | 478207-V | James Liskow |
| 9/30/2021 | Depostion | Greater NY Mutual v C&S Mechanical | US District Court for the District of MD | 1:20-cv-01251-SAG | Craig Ronald |
| 10/20/2021 | Trial | Old Town Builders v Steven Luber | Circuit Court for Worcester County | C-23-CV-19-000307 | Ernie Cornbrooks |
| 11/3/2021 | MHIC Trial | Walter v MHIC | MHIC | | Rob Scanlon |
| 12/15/2021 | Trial | Westra v Chesapeake Village | Cuircuit for Queen ammes County | C-17-CV-21-000034 | Greg Dorsey |
| 12/30/2021 | Deposition | Gibson v 3205 Georgia Ave | | | Jen King |
| 1/13/2022 | Deposition | Tomczewski v Gajewski, et al | Circuit Court for Baltimore County | C-03-CV-18-002572 | Steven Pavsner |
| 2/2/2022 | Deposition | Padmore v Atlas West End Silver Hill | | | Jen King |
| 6/20/2022 | Deposition | Stevens v Power Solutions | Circuit Court for Prince Georges County | CAL21-00329 | James Liskow |
| 8/10/2022 | Deposition | Ratajczak v Kalmia | Supior court for the District of Columbia | 2019-CA-003140 B | James Fegan |
| 1/27/2023 | Deposition | Landsman V Bataglia Homes | Circuit Court for Baltimore County | c-03-CV-21-001845 | Steven Freeman |
| 3/9/2023 | Trial | Gunther v Kohls | Circuit Court for Baltimore County | | Jennifer Rowland |
| 4/10/2023 | Arbitration | Messenger v Liu | | | Scott Nelson |
| 4/10/2023 | Arbitration | Lui v Messenger | | | Scott Nelson |
| 6/16/2023 | Deposition | Blackburn v Moody | Supior court for the District of Columbia | 2021-CA-003066 B | Sam Russell |
| 7/6/2023 | Deposition | Al's Fells Point Seafood v Henry Tiburzi et. Al | Circuit Court for Baltimore County | C-03-CV-22-000555 | Mike Moran |
| 10/5/2023 | Deposition | Lemus Vs. Grover Montano Corp. | District court for the District of Columbia | 1:23-cv-00108 | Allison Rodgers |
| 10/19/2023 | Deposition | Robinson v. NMG | Circuit Court for Baltimore County | | William C Parler, Jr |
| 11/28/2023 | Deposition | Robertson, Shannon et al. v. Halterman, Andrea et a | Circuit Court of Howard County, MD | | Edward Brown |

BRAMEL - TD List.xlsx

| 12/6/2023 | Deposition | State Farm Shawn Reichart vs. Mayor & City Council of Baltimore | Circuit Court for Baltimore City | | Charles Fratus |
|---|---|---|---|---|---|
| 12/9/2023 | Depositon | Booker v Kidane | Supior court for the District of Columbia | | Deborah Nixon |
| 2/9/2024 | Deposition | Harris, Lisa v. Prince George's County, MD, et al | Circuit Court for Prince Georges County | | |
| 2/23/2024 | Deposition | Machuca J V Abners Seafood et al | Circuit court of Calvert County | | Joseph M. Chandlee |