UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES MATIELLA                            :
                                            :
        Plaintiff                           :
                                            :
v.                                          :   CIVIL NO:  21-cv-2112-(TSC/GMH)
MURDOCK STREET, LLC                         :
                                            :
        Defendant                           :

**RESPONSE TO MARCH 4, 2026, ORDER (ECF NO. 238)**

COMES NOW, Defendant, Murdock Street, LLC, by and through undersigned counsel, and in response to this Honorable Court's March 4, 2026, Order (ECF 238), says:

1. This Honorable Court should only entertain entering final judgment in favor of the Defendants pursuant to Fed. R. Civ. Pro. 54(b) after it has determined whether it will retain supplemental jurisdiction over what remains of IFG and EWORA's Counter-Claim.

2. This Honorable Court should exercise supplemental jurisdiction over the Counter-Claim, as it was a compulsory as it arose out of the same transaction or occurrence as the claims asserted by Plaintiff, see Fed. R. Civ. Pro. 13(a), and dismissing such claims so they can be litigated in the Superior Court will only serve to invite the potentially inconsistent findings and rulings.

3. Murdock Street takes no other position other than this Honorable Court should retain jurisdiction over the Counter-Claim.

WHEREFORE, this Honorable Court should retain jurisdiction over this matter until such time as it is fully concluded and enter final judgment as to some or all of the claims asserted herein as it deems appropriate pursuant to Fed. R. Civ. Pro. 54(b) and/or 28 U.S.C. § 1291, and provide such other relief as this Honorable Court deems just and proper.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


/s/ James S. Liskow
James S. Liskow
DC Bar # 501930
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
Tel:    (301) 352-4950
Fax:    (301) 352-8691
jliskow@decarodoran.com


## CERTIFICATE OF SERVICE

I hereby certify that on this  27th  day of    March    , 2026, a copy of the foregoing was

efiled to all counsel.


/s/ James S. Liskow
James S. Liskow


i:\common\wp\l4\jsl\2-client files\matiella v. murdock street llc 09703-498\pleadings\response to march 4, 2006, order (ecf no. 238).docx