UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES MATIELLA,                                      Civil Action 21-cv-2112-TSC-GMH

     Plaintiff,

     vs.

MURDOCK STREET LLC, et al.

     Defendants.

## PLAINTIFF'S REPLY PER THE COURT'S MARCH 4, 2026 ORDER

Plaintiff Charles Matiella respectfully states that it intends to file a motion for reconsideration of certain aspects of the Court's rulings at ECF Nos. 229 and 232. If the relief is granted, Plaintiff's claims against Murdock Street LLC may be restored so that Plaintiff may have his day in court. Accordingly, Plaintiff withdraws his present request for the Court to enter final judgment prior to the resolution of all claims.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By:   */s/ Kenneth E. Chase*
     Kenneth E. Chase
     Chase Law & Associates, P.A.
     951 Yamato Road, Suite 280
     Boca Raton, FL 33431
     Tel: (305) 402-9800
     Fax: (305) 402-2725
     Email: kchase@chaselaw.com

*Attorneys for Plaintiff Charles Matiella*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the preceding was served by CM/ECF on April 15, 2026, which automatically sends notice to all counsel or parties of record.

By:    */s/ Kenneth E. Chase*
Kenneth E. Chase